UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMO MOVSISYAN, an individual; SONA SARDARYAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company; and Does 1 through 30, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-01782-MEMF-JC<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE [ECF NO. #17]** |

On July 15, 2025, Plaintiffs KAMO MOVSISYAN, and SONA SARDARYAN ("Plaintiffs"), and Defendant MERCEDES-BENZ USA, LLC (the "Parties") filed a Stipulation of Dismissal with Prejudice ("Stipulation") in consideration of a negotiated settlement executed by them.

The Court, having considered the Parties' Stipulation and finding good cause therefore, hereby GRANTS the Stipulation and ORDERS as follows:

The action shall be dismissed with prejudice.

IT IS SO ORDERED.

Dated: October 29, 2025

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge

ORDER

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Hovanes Margarian, counsel for Plaintiff, and that I have obtained the counsel's authorization to affix his electronic signature to this document.

DATED: July 15, 2025

WOMBLE BOND DICKINSON (US) LLP
655 North Central Avenue, Suite 2300
Glendale, California 91203

By: *Chip White*
Chip White
Attorney for Defendant
MERCEDES-BENZ USA, LLC

[PROPOSED] ORDER